IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| V. | : Crim. No. 05-CR-201   (RJL) |
| | Status: July 26, 2005 |
| **DIANE T. WILSON** : | |

### NOTICE OF APPEARANCE

To the Clerk of this Court:

You are hereby notified that I, Teresa G. Kleiman (Bar Number 445497), am appointed under the Criminal Justice Act (CJA) on behalf of Diane T. Wilson.

Respectfully submitted,

_____
Teresa G. Kleiman #445497
419 7th Street, N.W.
Suite 201
Washington, D.C. 20004
(202) 638-6514

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was mailed postage prepaid to Assistant United States Attorney Alex Shaw, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530, this ___ day of July, 2005.

_____
Teresa G. Kleiman