IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | Crim. No. 05-CR-201   (RJL) |
| v. | Plea Hearing: September 21, 2005 |
| : | |
| DIANE WILSON | |
| ALFRED CHAMBERS | |
|         CODEFENDANT | |

**JOINT MOTION FOR CONTINUANCE OF PLEA HEARING**

Ms. Diane Wilson, through undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Criminal Procedure 12 and 47, to continue the plea hearing in the above-captioned matter

In support of this Motion, counsel states:

1.     Ms. Wilson is charged by indictment with one count simple possession of heroin, one count simple possession of cocaine base, and one count simple possession of Xanax.

2.     A plea hearing has been scheduled by the Court for Wednesday, September 21, 2005, at 10:30 a.m.

3.     Plea discussions have been ongoing between defense counsel and the government since June 16, 2005. At the government's request, Ms. Wilson's plea hearing date was scheduled to follow the plea hearing of codefendant, Alfred Chambers, and Mr. Chambers has recently entered a plea in this case.

4. However, as of the date of this motion, Ms. Wilson has not been provided with a written plea offer and agreement from the government.

5. Due to a busy work schedule and trial commitments, the government has not been able to provide a written plea agreement to Ms. Wilson for consideration before the scheduled plea date. Both parties anticipate that a written plea agreement will be forthcoming in the near future.

6. Accordingly, both parties jointly move for a continuance of the plea hearing currently scheduled for September 21, 2005 in order to allow sufficient time for the government to provide a written agreement to Ms. Wilson, and for Ms. Wilson to review the agreement. The government requests that the Court not reschedule the plea hearing for the dates of September 27, October 3, and October 11 of 2005. Defense counsel requests that the Court not reschedule the plea hearing for the dates of September 26, October 4, October 5, October 11, October 12, or October 13 of 2005.

7. The Court's chambers was notified by telephone of the motion on Monday, September 19, 2005.

WHEREFORE, for the foregoing reasons and for such other reasons as may be apparent to the Court, Ms. Wilson respectfully requests that the Court grant the motion for a continuance of the plea hearing in this case.

Respectfully submitted,

Teresa G. Kleiman #445497
Counsel for Ms. Wilson
419 7th Street, N.W.
Suite 201
Washington, D.C.  20004
(202) 638-6514

        AUSA Alex Shaw
        Office of the United States Attorney
        555  4TH Street, N.W
        Washington, D.C.   20530

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been electronically filed on this <u>20</u> day of September, 2005.

                                                                              _____
                                                                                Teresa G. Kleiman