# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA
### PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

**RECEIVED DEC 13 2005**

**JUDGE RICHARD LEON**
E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

December 13, 2005

## MEMORANDUM TO THE HONORABLE RICHARD J. LEON
## UNITED STATES DISTRICT JUDGE

**Re:**  **Wilson, Diane T.**
       **Docket No.: 05-201-02**
       **Request for Extension and Delay of Sentencing**

On 10/27/2005, Diane T. Wilson pled guilty to Simple Possession of a Controlled Substance Cocaine, in violation of 21 U.S.C. § 844(a). The case was referred to our office for a presentence investigation on 10/27/2005. Sentencing is scheduled for 01/18/2006 at 11:00a.m.

The presentence report was scheduled for disclosure on 12/14/205. Pursuant to LcrR 32.2, the final presentence report is due to the Court on 01/11/2006.

Due to the defendant's lengthy criminal history, additional time is needed to prepare the presetnence report. Criminal history from the District of Maryland and the District of New York's Probation Office is pending. The delay of this information will prohibit me from disclosing the presentence report to the parties as scheduled. Therefore, I am requesting additional time to disclose the presentence report. In addition, I request that sentencing be continued.



Diane, Diane T
05-201-02
Page 2

Assistant United States Attorney Alex Shawe and Defense Counsel Teresa Kleiman have been informed of this request and have no objections regarding an extension.

Respectfully submitted,

**UNITED STATES PROBATION OFFICE**

*Valencia Fletcher*
Valencia Fletcher
United States Probation Officer
(202) 565-1365

Enclosure(s)

Approved by: *Gennine A. Hagar*  12/13/05
Gennine Hagar, Deputy Chief
United States Probation Officer
(202) 565-1336

cc:

## ORDER ON REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted ___✓___

   New sentencing date: __February 10, 2005 @ 11:30 AM__

2. Extension for additional time to complete presentence report denied _____

*[signature]*
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

12/14/05
DATE