**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.  05-201 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **DIANE WILSON** | : | **Sentencing Date:  February 10, 2006** |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of sentencing.

I.      **INTRODUCTION**

On October 27, 2005, defendant pleaded guilty before this Court to Possession of a Controlled Substance in violation of 21 U.S.C. 844(a). Based on the defendant's prior criminal record her Criminal History Category is a level I.  Her base offense level is 8.  The government concedes that a two-level downward adjustment is appropriate for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1 (b).  Thus, defendant's Sentencing Guideline range is 0 to 6 months.

The Court should impose a sentence within the Sentencing Guideline range. In United States v. Booker, 125 S. Ct. 738, (2005), the Supreme Court held that the mandatory application of the United States Sentencing Guidelines violates the Sixth Amendment principles articulated in Blakely v. Washington, 124 S.Ct. 2531(2004).  However,  a sentencing court must consult those Guidelines and take them into account with other sentencing factors enumerated in 18 U.S.C. §. 3553 to fashion a reasonable sentence.  United States v. Price, 409 F.3d 436, 442-443 (D.C. Cir. 2005).  The sentencing factors enumerated in 18 U.S.C.§. 3553  fall within  three main categories: the nature of the offense,  the needs of the public and the history and characteristic of the defendant.  United States v. Ranum, 353 F.Supp. 2d. 984, 989 (E.D. Wis. 2005).

II.  **SENTENCING FACTORS UNDER 18 U.S.C. § 3553**

A. **The Nature of the Offense and Public Protection**

Defendant's criminal conduct in the instant matter is the product of her inability to confront and face down what appears to be a severe addiction to narcotics, particularly heroin and cocaine base.  Here, defendant was arrested at 1:45am on April 28, 2005, at the intersection of 20th and Rosedale Streets, NE, after undercover police officers witnessed her take part in a drug transaction. Upon placing defendant under arrest, Metropolitan Police Department officers recovered from her small quantities of both heroin and cocaine base. In this particular matter, the criminal conduct demonstrates that defendant is willing to put herself in dangerous situations to feed her addiction to illegal narcotics.

B. **The History and Characteristics of the Defendant**

Defendant is no stranger to the criminal justice system and has criminal convictions arising from the following charges: Uttering; Check Fraud (two separate cases); Fraud; Theft; Petty Theft (three separate cases); Conspiracy to Commit Mail Fraud; and Credit Card Theft.  Defendant also has been arrested on four additional occasions for suspected theft-related conduct.  Many of these offenses and arrests occurred well before the instant offense.  Nonetheless, defendant has demonstrated that she is capable of serious criminal conduct and she has exhibited a willingness to take advantage of the trust of others.  The government nonetheless recognizes the source of defendant's criminal conduct in the instant matter – her drug addiction – and recognizes the relatively minor nature of the criminal conviction.

Accordingly for the reason outlined above, a sentence at the low end of the sentencing guideline range is reasonable and appropriate for this defendant based on the facts of this case and

the sentencing factors enumerated in 18 U.S.C. § 3553.  For all of the above reasons, the government

respectfully recommends that the Court impose a period of supervised release of one year upon

defendant.


Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY


_____
ALEXANDER P. SHAWE
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 472-492
Federal Major Crimes Section
555 Fourth Street NW, Fourth Floor
Washington, D.C. 20530