JAN-26-2006  16:29      3539414                              3539414   P.01/01
*************** -COMM. JOURNAL- **************** DATE JAN-23-2006 ***** TIME 13:27 *** P.01

| MODE = MEMORY TRANSMISSION | | | | START=JAN-23 13:26 | END=JAN-23 13:27 | FILED |
|---|---|---|---|---|---|---|
| FILE NO.= 227 | | | | | | |
| STN NO. | COM | ABBR NO. | STATION NAME/TEL.NO. | PAGES | DURATION | FEB 10 - 2006 |
| 001 | OK | ⊛ | 92730242 | 001/001 | 00:00'32" | 10-th |
| | | | | -3539414 | | NANCY MAYER WHITTINGTON, CLERK |
| | | | | | | - U.S. DISTRICT COURT |

**************************** -US ATTY'S OFFICE- ***** -     3539414- ***********

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :    Docket No.: 05-201-02

                             :
                vs.          :    SSN: _____
                             :
WILSON, Diane                :    Disclosure Date: January 6, 2006

RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:
                            For the Government
(CHECK APPROPRIATE BOX)

        ( ✓ )    There are no material/factual inaccuracies therein.

        ( )     There are material/factual inaccuracies in the PSI report as set forth in the
                attachment herein.                                  1-23-06

_____                    _____
Prosecuting Attorney                               Date
                       For the Defendant
(CHECK APPROPRIATE BOX)
        ( )     There are no material/factual inaccuracies therein.

        ( )     There are material/factual inaccuracies in the PSI report as set forth in the
                attachment.


_____    _____    _____    _____
Defendant                  Date          Defense Counsel             Date

NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by January 20, 2006, to U.S. Probation Officer
Valencia Fletcher, telephone number (202) 565-1365, fax number (202) 273-0242.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Richard A. Houck, Jr., Chief

                                                            TOTAL P.01