IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No. 05-CR-201   (RJL) |
| v. | Prob. Rev. Hearing: September 8,  2006 |
| : | |
| **DIANE WILSON** | |

### MOTION FOR CONTINUANCE OF PROBATION REVOCATION HEARING

Undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Criminal Procedure 45, to continue the probation revocation hearing in the above-captioned matter.

In support of this Motion, counsel states:

1.	The Court has scheduled a probation revocation hearing in Ms. Wilson's case for September 8, 2006, at 11:30 a.m.

2.	On Tuesday, September 5, 2006, counsel began a codefendant first degree murder trial before the Honorable Lee F. Satterfield in Superior Court of the District of Columbia.

3.	Counsel will continue to be in trial on Friday, September 8, 2006.

4.	Counsel respectfully requests that the Court continue the showcause hearing until September 29th,  October 3rd, 4th or 5th, or at the Court's convenience.

5.	Ms. Wilson would be prejudiced without her attorney to represent her at the hearing.

6.	Counsel has left a telephone voice message regarding the request for a

continuance on the voice mail of Assistant United States Attorney Alex Shawe.

WHEREFORE, for the foregoing reasons and such other reasons as may be apparent to the Court, counsel respectfully requests that the Court grant the motion for a continuance.

Respectfully submitted,

Teresa G. Kleiman #445497
Counsel for Ms. Wilson

419 7th Street, N.W.
Suite 201
Washington, D.C.  20004
(202) 638-6514

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Motion has been electronically filed on this <u>6th</u> day of September, 2006.

                                                                                                                               _____
                                                                                                                         Teresa G. Kleiman