PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

FILED

SEP 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Diane T. Wilson**                                    Docket No.: **CR05-0201-02**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation)

COMES NOW **André M. Wilson**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Diane T. Wilson, who was placed on probation by the Honorable **Richard J. Leon**, United States District Judge, sitting in the Court at Washington, D.C., on the **10h** day of **February, 2006**, who fixed the period of probation at **eighteen** months and imposed the general terms and conditions of probation adopted by the Court, and also imposed special conditions and terms as follows: participate in and successfully complete a residential substance abuse treatment program which may include drug testing and detoxification, as approved and directed by the U.S. Probation Office, and; participate in a mental health treatment program, which may include outpatient counseling or residential placement as approved and directed by the U.S. Probation Office.

On February 10, 2006, the Court sentenced Diane T. Wilson to an 18-month probation term following her conviction for Simple Possession of a Controlled Substance, in violation of 21 USC § 844(a). The Court also ordered Wilson to pay a special assessment of $25. Supervision began on February 10, 2006, and expires August 9, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violations of Probation

1.  On February 10, 2006, and August 17, 2006, Ms. Wilson tested positive for Cocaine. In addition, on February 24, 2006, and April 26, 2006, she tested positive for Cocaine and Morphine. All results were confirmed by GC/MS testing. (Standard Condition No. 7).

Diane T. Wilson
Docket No.: CR05-CR0201-02
Page 2

**PRAYING THE COURT WILL ORDER** a hearing on violation of probation with the voluntary appearance of <u>Diane T. Wilson</u> before the Court on _September 8 at 11:30 a.m._

Respectfully submitted,

André M. Wilson, Senior
United States Probation Officer
(202) 565-1428

Approved By: _Mark McCroson 8/28/2006_
Mark McCroson, Supervising
United States Probation Officer

**ORDER OF COURT**

Considered and ordered this _1st_ day of _September_, 2006.

Richard J. Leon
**United States District Judge**

9/1/06
Date