UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. )
)
) Criminal Case No. 05-201 (RJL)
ALFRED D. CHAMBERS, )
DIANE T. WILSON, )
)

Defendants.

**MODIFIED PROBATION ORDER**
(September 11th, 2006)

It is this 11th day of September, 2006, hereby

**ORDERED** that the Ms. Wilson must complete successfully a 14-day medical detoxification program, and it is further

**ORDERED** that Ms. Wilson subsequently must complete successfully a 90-day residential treatment program for drug addiction.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge