**UNITED STATES DISTRICT COURT**
**FOR THE**
**THE DISTRICT OF COLUMBIA**

FILED

JUL 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Diane Wilson**                    Docket No.: **05-CR201-02**

**REQUEST FOR COURSE OF ACTION**

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Diane Wilson** on ___July 23, 2007. at 10:30 Am___

**ORDER OF COURT**

Considered and ordered this ___2ʳᵈ___ day of ___July___, 2007.

_____
**Richard J. Leon**
**United States District Judge**