IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    : | |
| : | No. 05-CR-201   (RJL) |
| v. | Hearing on Violation: July 23,  2007 |
| : | |
| **DIANE WILSON** | |

## MOTION FOR CONTINUANCE OF HEARING

Undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Criminal Procedure, to continue the hearing in the above-captioned matter.

In support of this Motion, counsel states:

1.      On July 5, 2007, an Order of the Court was filed on a Request For Course Of Action in the above-captioned matter.  The Court ordered a hearing on the matter for July 23, 2007, at 10:30 a.m.

2.      Undersigned counsel will be in trial before the Honorable Robert Rigsby in Superior Court on July 23, 2007.

3.      Counsel notified both this Court's chambers and AUSA Aaron Mendelsohn, the Assistant United States Attorney assigned to the case, that counsel will be in trial on July 23, 2007.

4.      Mr. Mendolsohn indicated that the motion for a continuance of the hearing date is unopposed by the government.

5.      Pursuant to a telephone conference between counsel and Mr. Mendelsohn, the following dates are respectfully suggested: Wednesday, July 25, 2007, at 10:30 a.m.;  Friday,

July 27, 2007, anytime between 9:30 a.m. and 12:30 p.m., and Tuesday, July 24, 2007, any time between 2:00 p.m. and 4:00 p.m.

      6.      Undersigned counsel apologizes for any inconvenience to the Court.

WHEREFORE, for the foregoing reasons and such other reasons as may be apparent to the Court, counsel respectfully requests that the Court grant the motion to continue the hearing.

                            Respectfully submitted,

                            Teresa G. Kleiman #445497
                            Counsel for Ms. Wilson

                            503 D Street, N.W.
                            Suite 340
                            Washington, D.C.  20001
                            (202) 638-0016

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been electronically filed on this <u>12</u> day of July, 2007.

                            _____
                            Teresa G. Kleiman

Case 1:05-cr-00201-RJL     Document 32     Filed 07/12/2007     Page 3 of 3