UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-201-02 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **DIANE WILSON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean Sexton, at telephone number (202) 305-1419 and/or email address Jean.sexton@usdoj.gov . Jean Sexton will substitute for Assistant United States Attorney Aaron Mendelsohn as counsel for the United States.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney


          JEAN SEXTON
          Assistant United States Attorney
          Federal Major Crimes Section,
          555 4th Street, NW, Room 4235
          Washington, DC 20530
          (202) 305-1419
          Jean.Sexton@usdoj.gov