**FILED**

JAN 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA**

U.S.A. vs. **Diane Wilson**　　　　　　　　　　　　　　Docket No.: **05-CR201-02**

**REQUEST FOR COURSE OF ACTION**

PRAYING THE COURT WILL ORDER a hearing on violation of Probation with voluntary appearance of **Diane Wilson** on **January 31, 2008 at 3:30 p.m.**.

**ORDER OF COURT**

Considered and ordered this ___22t___ day of ___January___, 2008.

_____
**Richard J. Leon
United States District Judge**