A 245 D (Rev. DC 02/06)  Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

FILED

FEB 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v

Case Number  CR05-201-02

DIANE T. WILSON

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation
(For Offenses Committed On or After November 1, 1987)

The defendant, **DIANE T. WILSON**, was represented by **TERESA KLEIMAN, ESQ.**,

It appearing that the defendant, who was sentenced on **2/10/06** in the above styled cause and was placed on Probation, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this **7TH** day of **FEBRUARY** that the Probation Supervision of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**120 DAYS, AT A MINUM SECURITY FACILITY AS CLOSE TO THE WASHINGTON, DC AREA.**

**DEFENDANT SHALL SELF-SURRENDER.**

**RECOMMEMDATION TO B.O.P.: DEFENDANT SHALL RECEIVE TREATMENT FOR SUBSTANCE ABUSE.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this  **13th**  day of  **February**  20**08**