HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

FILED
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Diane T. Wilson                               Docket No.: 05-201-02

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Diane T. Wilson__ having been sentenced, on February 7, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ___FPC, Alderson___, in __Alderson, WVA__ by 2 p.m., on __April 22, 2008__.

__4/14/08__
Date

__Richard J. Leon__
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both

__Debra Taylor__                                 __Diane T. Wilson__
**ATTORNEY/U.S. PROBATION OFFICER**              **DEFENDANT**

Revised 6-2004

